UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANGELA SANTIAGO,<br><br>               Plaintiffs,<br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>               Defendant. | No. 2:22-cv-01370-RSL<br><br>**STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE** |

**COME NOW** the Plaintiff ANGLEA SANTIAGO ("Plaintiff") and Defendant GEICO ADVANTAGE INSURANCE COMPANY ("Defendant") (collectively "the Parties"), by and through their counsel of record, and respectfully move this Court, via stipulation to:

    (a)    continue the Discovery Deadline from June 4, 2023, to July 17, 2023; and

### I.  STIPULATION

**A.  Overview**

    1.    The Parties make this motion in good faith and not for the purpose of delay.

    2.    This action is for breach of the contract of insurance between plaintiff and defendant providing underinsured motorist coverage and for extra-contractual claims. Defendant denies plaintiff's claims.

No. 2:22-cv-01370-RSL
**STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE** - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA ST.
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

3. Under the current case scheduling order, the jury trial in this matter is currently set for **October 2, 2023**. *See* Dkt. 8 (Order Setting Trial Date and Related Dates). The jury trial is expected to last approximately seven (7) days. *Id.*

4. Also under the current case scheduling Order, the Discovery Deadline is **June 4, 2023.**

5. For the reasons set forth below, the Parties are requesting an approximate 6-week continuance for the discovery deadline *only*. The Parties request that the Court also extend and modify the deadline as set forth below.

B. **Continuance is in the interest of Justice**

1. The parties have been and are currently in the process of conferring regarding the proper scope of an FRCP 30(b)(6) deposition. However, the deposition of the 30(b)(6) deponent will not be able to occur until after the June 4, 2023, discovery deadline.

2. Additionally, the parties are waiting on two rulings from this Court that impact the discovery deadline. *See* Dkts. 23 and 27.

C. **Relief Requested**

1. In consideration of the above, the Parties respectfully seek an approximate 6-week continuance of the discovery deadline only with all other deadlines to remain the same.

2. This stipulated request is not made for the purpose of delay, but rather to allow sufficient time to prepare this case for trial.

3. Based on the foregoing, the Parties respectfully request this Court enter an order resetting the discovery deadline in this matter to **July 17, 2023**.

No. 2:22-cv-01370-RSL
**STIPULATED MOTION TO CONTINUE
DISCOVERY DEADLINE** - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA ST.
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

For the above reasons, the Parties jointly request that the Court grant this stipulated motion to continue the discovery deadline.

RESPECTFULLY SUBMITTED this 2nd day of June 2023 at Seattle, Washington.

| **WATHEN | LEID | HALL | RIDER, P.C.** | **CLAUSEN LAW FIRM** |
|---|---|

*s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA No. 25075

*s/ Dylan R. Knapp*
Dylan R. Knapp, WSBA No. 58394
*Attorneys for Defendant GEICO*
222 Etruria St.
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com
dknapp@cwlhlaw.com

   *s/Steven M. Malek*
Steven M. Malek, WSBA No. 28942
9655 SE 36th St., Suite 100
Mercer Island, WA 98040
T: (206) 264-0960  F: (206) 223-0337
smalek@clausenlawfirm.com
lisav@clausenlawfirm.com

## II.   ORDER

**IN CONFORMITY** with the foregoing Stipulation, **IT IS SO ORDERED.**

Dated this __5th__ day of __June__, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

No. 2:22-cv-01370-RSL
**STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE** - 3

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria St.
Seattle, Washington 98109
(206) 622-0494/Fax (206) 587-2476