UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA SANTIAGO,<br><br>                Plaintiff,<br><br>  vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>                Defendant. | Case No. 2:22-cv-01370-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FED. R. CIV. P. 56(d) |

      THIS MATTER comes before the Court on plaintiff's motion for an order extending the time in which to respond to defendant's pending motion for summary judgment (Dkt. # 34) from June 23, 2023, to July 28, 2023. The Court having considered the memoranda, declarations, and exhibits submitted by the parties, hereby GRANTS the motion.

      There are three discovery motions pending in this case, and plaintiff has not yet had an opportunity to conduct a Rule 30(b)(6) deposition. The parties initially agreed to continue of the summary judgment motion until after the Court establishes the proper scope of the deposition and defendant determines which witnesses to identify in response to the subpoena. After the deposition date had come and gone, however, defendant changed its mind, offering only a two week extension

ORDER GRANTING
PLAINTIFFS' MOTION FOR RELIEF
PURSUANT TO FED. R. CIV. P. 56(d) - 1

Case No. 2:22-cv-01370-RSL

of the note date. Considerations of fairness and a desire to ensure that the litigation is resolved after a full airing of the facts favor the requested continuance.

The Clerk of Court is directed to renote defendant's motion for summary judgment (Dkt. # 34) on the Court's calendar for Friday, July 28, 2023.

Dated this 16th day of June, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
PLAINTIFFS' MOTION FOR RELIEF
PURSUANT TO FED. R. CIV. P. 56(d) - 2

Case No. 2:22-cv-01370-RSL