UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA SANTIAGO,                          )
                                          )    Case No. 2:22-cv-01370-RSL
                    Plaintiff,            )
        vs.                               )
                                          )    STIPULATED MOTION TO CONTINUE
GEICO ADVANTAGE INSURANCE                 )    DISCOVERY DEADLINE AND TO
COMPANY,                                  )    CONTINUE PENDING DISPOSITIVE
                                          )    MOTIONS
                    Defendant.            )
                                          )
                                          )
                                          )
                                          )

**COME NOW** the Plaintiff ANGLEA SANTIAGO ("Plaintiff") and Defendant GEICO

ADVANTAGE INSURANCE COMPANY ("Defendant") (collectively "the Parties"), by and

through their counsel of record, and respectfully stipulate and move this Court to:

(a)    continue the Discovery Deadline from July 17, 2023 to August 16, 2023;

(b)    continue the noting date of Defendant's Motion for Summary Judgment re:

       Extracontractual Claims and Effect of Arbitration De Novo to August 18, 2023; and

(c)    continue the noting date of Plaintiff's Motion for Partial Summary Judgment on

       Contract Claim to August 18, 2023.

CLAUSEN LAW FIRM PLLC
9725 SE 36TH STREET, SUITE 214
MERCER ISLAND, WA 98040
TEL. (206) 223-0335 FAX (206) 223-0337
smalek@clausenlawfirm.com

I.    STIPULATION

**A.    Overview**

1.    This action is for the alleged breach of the contract of insurance between Plaintiff and Defendant providing underinsured motorist coverage and for extra-contractual claims. Defendant denies plaintiff's claims.

2.    Under the case scheduling order, the jury trial in this matter is currently set for October 2, 2023. [DKT. 8].  The jury trial is expected to last approximately seven days.  *Id.*

3.    Under the Court's Order dated June 5, 2023, the Discovery Deadline is **July 17, 2023.** [DKT. 42].

4.    Under the case scheduling order, the latest noting date for dispositive motions is July 28, 2023. [DKT. 8].  Defendant's Motion for Summary Judgment re: Extracontractual Claims and Effect of Arbitration De Novo [DKT 34] was initially noted for June 9, 2023.  Pursuant to the Court's Order dated June 16, 2023, that motion was renoted for **July 28, 2023.** [DKT. 52].

5.    Plaintiff's Motion for Partial Summary Judgment on Contract Claim [DKT. 57] is also noted for July 28, 2023.

6.    For the reasons set forth below, the Parties are requesting: (a) a one-month continuance of the discovery deadline; (b) a 3-week continuance of Defendant's Motion for Summary Judgment re: Extracontractual Claims and Effect of Arbitration De Novo; and (c) a 3-week continuance of Plaintiff's Motion for Partial Summary Judgment on Contract Claim. The Parties request that the Court extend and modify the discovery deadline and noting dates of those motions as set forth below.

**B.      The continuances sought are in the interest of justice.**

1.      The parties have been conferring to complete necessary discovery.

2.      Pursuant to the Court's Order of June 22, 2023 [DKT. 54] and the Parties' Stipulation re: Fed. R. Civ. P. 35 Examination of Angela Santiago (attached as Exhibit A), the physical examination of Plaintiff is scheduled for July 14, 2023 with the completion of Dr. Nicholes's report and any subsequent deposition contemplated within a month thereafter.

3.      Pursuant to the Court's Order of June 22, 2023 [DKT. 55] the deposition of defendant's Fed. R. Civ. P. 30(b)(6) designee is scheduled for July 25, 2023, subject to adjournment and resumption to accommodate the respective calendars of counsel.  In addition to a continuation of the current discovery deadline, the completion of such deposition is necessary to enable the Parties' completion of their respective briefing regarding defendant's motion for partial summary judgment and requiring a continuation of that motion's noting date.

4.      This stipulated request is not made for the purpose of delay but, rather, to allow sufficient time to prepare this case for trial.

**C.      Relief Requested**

In consideration of the above the Parties stipulate to, and in accordance with Fed. R. Civ. P. 29 respectfully request, the following orders:

1.      a one-month continuance of the discovery deadline to **August 16, 2023**.

2.      a 3-week continuance of the noting date of Defendant's Motion for Summary Judgment re: Extracontractual Claims and Effect of Arbitration De Novo [DKT. 34] to **August 18, 2023**.

3.      a 3-week continuance of the noting date of Plaintiff's Motion for Partial Summary Judgment on Contract Claim [DKT. 57] to **August 18, 2023**.

STIPULATED MOTION TO CONTINUE DISCOVERY
DEADLINE AND TO CONTINUE PENDING DISPOSITIVE
MOTIONS - 3

Case No. 2:22-cv-01370-RSL

CLAUSEN LAW FIRM PLLC
9725 SE 36TH STREET, SUITE 214
MERCER ISLAND, WA 98040
TEL. (206) 223-0335 FAX (206) 223-0337
smalek@clausenlawfirm.com

RESPECTFULLY SUBMITTED this 11th day of July 2023.

CLAUSEN LAW FIRM PLLC                    WATHEN LEID HALL & RIDER, P.C.


s/ Steven M. Malek                       s/ Dylan R. Knapp

Steven M. Malek, WSBA #28942             Rory W. Leid, WSBA #25075
Attorneys for Plaintiff                  Dylan R. Knapp, WSBA #58394
                                         Attorneys for Defendants


## II.    ORDER

**IN CONFORMITY** with the foregoing Stipulation, **IT IS SO ORDERED.**

The Clerk of Court is directed to renote each of defendant's motion for summary judgment

(Dkt. # 34) and plaintiff's motion for partial summary judgment (Dkt. # 57) on the Court's calendar

for Friday, August 18, 2023.


Dated this 12th day of July, 2023.


Robert S. Lasnik
United States District Judge


STIPULATED MOTION TO CONTINUE DISCOVERY
DEADLINE AND TO CONTINUE PENDING DISPOSITIVE
MOTIONS - 4

Case No. 2:22-cv-01370-RSL

CLAUSEN LAW FIRM PLLC
9725 SE 36TH STREET, SUITE 214
MERCER ISLAND, WA 98040
TEL. (206) 223-0335 FAX (206) 223-0337
smalek@clausenlawfirm.com