1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA SANTIAGO,

                Plaintiff,

     v.

GEICO ADVANTAGE INSURANCE
COMPANY,

                Defendant.

CASE NO. 2:22-cv-01370-RSL

ORDER DENYING GEICO'S
MOTION FOR PROTECTIVE
ORDER

      This matter comes before the Court on "GEICO's Motion for a Protective Order re: Deposition of Michelle Long and Scheduling of 30(b)(6)" deposition." Dkt. # 61.[1] The motion is DENIED. The parties clearly requested, and the Court granted, "a one-month continuance of the discovery deadline to August 16, 2023." Dkt. # 59. While the need to complete certain identified discovery activities prompted the request for an extension, the Court understood – based on the language of the stipulation – that the parties sought a universal extension of the discovery deadline. Plaintiff's notice of deposition directed at Michelle Long was therefore timely served.

---

[1] The parties were able to resolve the scheduling issue regarding GEICO's Rule 30(b)(6) deposition.

Dated this 22nd day of August, 2023.

Robert S. Lasnik
United States District Judge

ORDER DENYING GEICO'S MOTION FOR PROTECTIVE
ORDER - 2