UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA SANTIAGO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | CASE NO. C22-1370RSL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on "GEICO's Motion for Reconsideration of Order Granting Plaintiff Summary Judgment." Dkt. # 78. The motion is DENIED. GEICO has shown neither manifest error nor new facts or legal authority which could not have been brought to the Court's attention earlier. LCR 7(h)(1).

Dated this 16th day of January, 2024.

　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 1