UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 2:22-cv-01370-RSL<br><br>ORDER OF DISMISSAL |

　　　　It having been reported to the Court on August 21, 2024, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

　　　　IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be without prejudice to the right of any party upon good cause shown within ninety (90) days hereof to reopen this cause if the reported settlement is not consummated.

　　　　DATED this 28th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL – 1